ORIGINAL

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

**UNITED STATES OF AMERICA**

V.

**RIGO RIVERA (1)**
**VERONICA VASQUEZ (2)**
**GUMERCINDO CHAVARRIA-HERNANDEZ (3)**

**CRIMINAL COMPLAINT**
**CASE NUMBER: 4:09MJ288**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In or about December 2008, in the Eastern District of Texas and elsewhere, defendants RIGO RIVERA, VERONICA VASQUEZ and GUMERCINDO CHAVARRIA-HERNANDEZ did knowingly and intentionally combine, conspire, confederate, and agree together, with each other and other persons known and unknown to the affiant, to possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine and/or 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, all in violation of Title 21, United States Code, Section 846 and Title 21, United States Code, Section 841(a)(1). I further state that I am a(n) Special Agent of the Department of Homeland Security, Immigration and Customs Enforcement and that this complaint is based on the following facts:

# SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof.   Yes.

SA Justin Marshall, ICE
Complainant

Sworn to before me, and subscribed in my presence

August 21, 2009                                         Plano, Texas
_____ at    _____
Date                                                    City and State
  DON D. BUSH
  U. S. MAGISTRATE JUDGE

_____        _____
Name and Title of Judicial Officer                      Signature of Judicial Officer