AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __TEXAS__

UNITED STATES OF AMERICA

V.

RIGO RIVERA (1) VERONICA VASQUEZ
(2) GUMERCINDO CHAVARRIA-
HERNANDEZ (3)
*Defendant*

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case
Number:      4:09CR288 DDB

*FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AUG 2 1 2009
DAVID J. MALAND, CLERK
DEPUTY*

Upon motion of the _____ Government to Detain Defendant _____ , it is ORDERED that a

detention hearing is set for __Tuesday, August 25, 2009__ * at _____ 9:30 AM _____

                                         *Date*                                        *Time*

before _____ United States Magistrate Judge Don D. Bush _____

                                   *Name of Judicial Officer*

    United States Courthouse , 7940 Preston Road, Plano, Texas

                           *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ USM _____ ) and produced for the hearing.

                    *Other Custodial Official*

Date:      8/21/09

_Don D. Bush_

*Judge*

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.