THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 2 5 2009

DAVID J. MALAND, CLERK
BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § | CRIMINAL NO. 4:09MJ288 DDB |
| | § § | |
| VERONICA VASQUEZ (2 | § | |

### WAIVER OF PRELIMINARY EXAMINATION OR HEARING

I VERONICA VASQUEZ, charged in this District with Violation of Title 21, U.S.C. § 846 and 841 (a)(1), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary examination/hearing, do hereby waive (give up) my right to a preliminary examination/hearing.

### TRIBUNAL JUDICIAL DE DISTRITO DE ESTADOS UNIDOS
### DISTRITO DEL ESTE DE TEXAS
### DIVISION DE SHERMAN

| | | |
|---|---|---|
| ESTADOS UNIDOS DE AMERICA | § § § | NO. 4:09MJ288 DDB |
| VERONICA VASQUEZ (2) | | |

### RENUNCIA A INTERROGATORIO O AUDIENCIA PRELIMINAR

Yo, VERONICA VASQUEZ, a quien se le imputa un cargo por infraccion del Titulo 21, articulo 846 & 841 (a)(1) del Codigo de ados Unido en este Distrito y habiendo comparecido ante ta Corte y habi dome informado de mis derechos, seg lo estipulado por el Reglamento 5 o Reglamento 32.1 del Reglamento de Procedimientos Penales Federales, incluyendo mi derecho a tener un interrogatorio/audiencia preliminar; por la presente, renuncio a mi derecho de tener un interrogatorio/audiencio preliminar.

_____
Acusado (Defendant)

26 Aug 09
Fecha (Date)

_____
Abogado del Acusado (Defendant's Attorney)