**SEALED**

**F I L E D**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 1 0 2009

DAVID J. MALAND, CLERK

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| VS. | § | NO. 4:09CR142 |
| | § | Judge Schell |
| JORGE VILLEGAS-JAIMES (1) | § | |
| JESUS JAIMES, JR. (2) | § | |
| MARIO OROZCO-SILVA (3) | § | |
| MIGUEL SOLORZANO-GAMA (4) | § | |
| CLEMENTE VALDEZ, JR. (5) | § | |
| RIGO RIVERA (7) | § | |
| VERONICA VASQUEZ (8) | § | |
| GUMERCINDO CHAVARRIA- | § | |
| HERNANDEZ (9) | § | |
| JORGE CRUZ, JR. (10) | § | |
| YAMIS HINOJOSA (11) | § | |
| ROBERTO RENTERIA-SOLORZANO | § | |
| (12) | § | |
| ANA LILIA REYES-TOVERA (13) | § | |
| JORGE FERNANDEZ-OLVER (14) | § | |
|   a.k.a. "Javier Alfonso Fernandez-Olver | § | |
| ALEJANDRO MENCHANCA (15) | § | |
| TERRANCE EUGENE MILLS (16) | § | |
| EMILIO MARTINEZ-GOMEZ (17) | § | |
| JOSE ARMANDO JAIMEZ-PIZA (18) | § | |
| FERNANDO ZUNIGA (19) | § | |
| ERIC CERVANTES-DUARTE (20) | § | |

**FIRST SUPERSEDING INDICTMENT**

The United States Grand Jury charges:

**COUNT ONE**

Violation: Title 21 U.S.C. § 846
(Conspiracy to Possess with Intent to
Distribute Cocaine)

FIRST SUPERSEDING INDICTMENT/NOTICE OF PENALTY - Page 1

That from sometime in or about January 2006, and continuously thereafter up to and including September 10, 2009, in the Eastern District of Texas and elsewhere,

**Jorge Villegas-Jaimes**
**Jesus Jaimes, Jr.**
**Mario Orozco-Silva**
**Miguel Solorzano-Gama**
**Clemente Valdez, Jr.**
**Rigo Rivera**
**Veronica Vasquez**
**Gumercindo Chavarria-Hernandez**
**Jorge Cruz, Jr.**
**Yamis Hinojosa**
**Roberto Renteria-Solorzano**
**Ana Lilia Reyes-Tovera**
**Jorge Fernandez-Olver**
**Alejandro Menchanca**
**Terrance Eugene Mills**
**Emilio Martinez-Gomez**
**Jose Armando Jaimez-Piza**
**Fernando Zuniga**
**Eric Cervantes-Duarte**

defendants herein, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

Violation: Title 21 U.S.C. § 846
(Conspiracy to Possess with the Intent to

Manufacture and Distribute
Methamphetamine)

That from sometime in or about January 2006, and continuously thereafter up to

and including September 10, 2009, in the Eastern District of Texas and elsewhere,

**Veronica Vasquez**
**Gumercindo Chavarria-Hernandez**
**Jorge Cruz, Jr.**
**Yamis Hinojosa**
**Roberto Renteria-Solorzano**
**Ana Lilia Reyes-Tovera**
**Jorge Fernandez-Olver**

defendants herein, did knowingly and intentionally combine, conspire, and agree with

each other and other persons known and unknown to the United States Grand Jury, to

knowingly and intentionally possess with the intent to manufacture and distribute 500

grams or more of a mixture or substance containing a detectable amount of

methamphetamine or 50 grams or more of methamphetamine (actual), a violation of Title

21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

### COUNT THREE

Violation:  18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance
of a Drug Trafficking Crime)

On or about August 5, 2009, within the Northern District of Texas, Defendant,

**Jesus Jaimes, Jr.**, did knowingly possess firearms, namely, a Colt, AR-15 style, .223

caliber machine gun with obliterated markings and a Norinco Model AK Style,

**FIRST SUPERSEDING INDICTMENT/NOTICE OF PENALTY - Page 3**

7.62x39mm caliber machine gun, Serial No. 212508, having a 1974 proof mark with all other markings obliterated, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: the conspiracy to possess with intent to distribute cocaine alleged in Count One of this Indictment, a violation of 21 U.S.C. § 846.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT FOUR

Violation:  18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance
of a Drug Trafficking Crime)

On or about August 5, 2009, within the Northern District of Texas, Defendant, **Jorge Villegas-Jaimes**, did knowingly possess firearms, namely, a Colt, AR-15 style, .223 caliber machine gun with obliterated markings and a Norinco Model AK Style, 7.62x39mm caliber machine gun, Serial No. 212508, having a 1974 proof mark with all other markings obliterated, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: the conspiracy to possess with intent to distribute cocaine alleged in Count One of this Indictment, a violation of 21 U.S.C. § 846.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT FIVE

Violation:  18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance
of a Drug Trafficking Crime)

On or about August 5, 2009, within the Northern District of Texas, Defendant,

**Mario Orozco-Silva**, did knowingly possess firearms, namely, a Colt, AR-15 style, .223 caliber machine gun with obliterated markings and a Norinco Model AK Style, 7.62x39mm caliber machine gun, Serial No. 212508, having a 1974 proof mark with all other markings obliterated, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: the conspiracy to possess with intent to distribute cocaine alleged in Count One of this Indictment, a violation of 21 U.S.C. § 846.

All in violation of Title 18, United States Code, Section 924(c).

### COUNT SIX

Violation:  18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance
of a Drug Trafficking Crime)

On or about August 5, 2009, within the Northern District of Texas, Defendant, **Miguel Solorzano-Gama**, did knowingly possess firearms, namely, a Colt, AR-15 style, .223 caliber machine gun with obliterated markings and a Norinco Model AK Style, 7.62x39mm caliber machine gun, Serial No. 212508, having a 1974 proof mark with all other markings obliterated, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: the conspiracy to possess with intent to distribute cocaine alleged in Count One of this Indictment, a violation of 21 U.S.C. § 846.

All in violation of Title 18, United States Code, Section 924(c).

### COUNT SEVEN

Violation:  18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance

of a Drug Trafficking Crime)

On or about August 5, 2009, within the Northern District of Texas, Defendant,

**Clemente Valdez, Jr.**, did knowingly possess firearms, namely, a Colt, AR-15 style, .223

caliber machine gun with obliterated markings and a Norinco Model AK Style,

7.62x39mm caliber machine gun, Serial No. 212508, having a 1974 proof mark with all

other markings obliterated, in furtherance of a drug trafficking crime for which he may be

prosecuted in a Court of the United States, to wit: the conspiracy to possess with intent to

distribute cocaine alleged in Count One of this Indictment, a violation of 21 U.S.C. § 846.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT EIGHT

Violation:  18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance
of a Drug Trafficking Crime)

On or about August 5, 2009, within the Northern District of Texas, Defendant,

**Jesus Jaimes, Jr.**, did knowingly possess firearms, namely, a Glock, Model 22, .40

caliber pistol, Serial No. 1M02733HP and a Colt, Model Colt Custom, .38 caliber semi-

automatic pistol, Serial No. ELCEN4326, in furtherance of a drug trafficking crime for

which he may be prosecuted in a Court of the United States, to wit: the conspiracy to

possess with intent to distribute cocaine alleged in Count One of this Indictment, a

violation of 21 U.S.C. § 846.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT NINE

Violation:  18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance
of a Drug Trafficking Crime)

On or about August 5, 2009, within the Northern District of Texas, Defendant,

**Jorge Villegas-Jaimes**, did knowingly possess firearms, namely, a Glock, Model 22, .40

caliber pistol, Serial No. 1M02733HP and a Colt, Model Colt Custom, .38 caliber semi-

automatic pistol, Serial No. ELCEN4326, in furtherance of a drug trafficking crime for

which he may be prosecuted in a Court of the United States, to wit: the conspiracy to

possess with intent to distribute cocaine alleged in Count One of this Indictment, a

violation of 21 U.S.C. § 846.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT TEN

Violation:  18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance
of a Drug Trafficking Crime)

On or about August 5, 2009, within the Northern District of Texas, Defendant,

**Mario Orozco-Silva**, did knowingly possess firearms, namely, a Glock, Model 22, .40

caliber pistol, Serial No. 1M02733HP and a Colt, Model Colt Custom, .38 caliber semi-

automatic pistol, Serial No. ELCEN4326, in furtherance of a drug trafficking crime for

which he may be prosecuted in a Court of the United States, to wit: the conspiracy to

possess with intent to distribute cocaine alleged in Count One of this Indictment, a

violation of 21 U.S.C. § 846.

All in violation of Title 18, United States Code, Section 924(c).

### COUNT ELEVEN

> Violation: 18 U.S.C. § 924(c)
> (Possession of a Firearm in Furtherance
> of a Drug Trafficking Crime)

On or about August 5, 2009, within the Northern District of Texas, Defendant,

**Miguel Solorzano-Gama**, did knowingly possess firearms, namely, a Glock, Model 22,

.40 caliber pistol, Serial No. 1M02733HP and a Colt, Model Colt Custom, .38 caliber

semi-automatic pistol, Serial No. ELCEN4326, in furtherance of a drug trafficking crime

for which he may be prosecuted in a Court of the United States, to wit: the conspiracy to

possess with intent to distribute cocaine alleged in Count One of this Indictment, a

violation of 21 U.S.C. § 846.

All in violation of Title 18, United States Code, Section 924(c).

### COUNT TWELVE

> Violation: 18 U.S.C. § 924(c)
> (Possession of a Firearm in Furtherance
> of a Drug Trafficking Crime)

On or about August 21, 2009, within the Northern District of Texas, Defendant,

**Jorge Cruz**, did knowingly possess a firearm, namely, a Norinco Model Sporter,

7.62x39mm caliber semi-automatic rifle, Serial No. 1404860, in furtherance of a drug

trafficking crime for which he may be prosecuted in a Court of the United States, to wit: the conspiracy to possess with intent to distribute cocaine alleged in Count One of this Indictment, a violation of 21 U.S.C. § 846.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT THIRTEEN

Violation:  18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance
of a Drug Trafficking Crime)

On or about August 20, 2009, within the Northern District of Texas, Defendant, **Jorge Fernandez-Olver**, did knowingly possess a firearm, namely, a HS Produkt "Sprinfield Armory" Model XD-9, 9mm caliber semi-automatic pistol, Serial No. US875245, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: the conspiracy to possess with intent to distribute cocaine alleged in Count One of this Indictment, a violation of 21 U.S.C. § 846.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT FOURTEEN

Violation:  18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance
of a Drug Trafficking Crime)

On or about August 21, 2009, within the Northern District of Texas, Defendant, **Roberto Renteria-Solorzano**, did knowingly possess a firearm, namely, a Ruger New Model Super Blackhawk, .44 caliber revolver, Serial No. 85-07983, in furtherance of a

drug trafficking crime for which he may be prosecuted in a Court of the United States, to

wit: the conspiracy to possess with intent to distribute cocaine alleged in Count One of

this Indictment, a violation of 21 U.S.C. § 846.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT FIFTEEN

> Violation:  18 U.S.C. § 924(c)
> (Possession of a Firearm in Furtherance
> of a Drug Trafficking Crime)

On or about August 19, 2009, within the Northern District of Texas, Defendant,

**Rigo Rivera**, did knowingly possess firearms, namely, a Colt Model Gold Cup Trophy

Model, .45 caliber semi-automatic pistol, Serial No. GCT14914, a Llama Unknown

Model, .45 caliber semi-automatic pistol, Serial No. B95068 or 895068, a Sig Saur Model

P220, .45 caliber semi-automatic pistol, Serial No. G250612 and a CBC Mossberg Model

702, .22 caliber bolt-action rifle, Serial No. EHJ412496, in furtherance of a drug

trafficking crime for which he may be prosecuted in a Court of the United States, to wit:

the conspiracy to possess with intent to distribute cocaine alleged in Count One of this

Indictment, a violation of 21 U.S.C. § 846.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT SIXTEEN

Violation:18U.S.C. §§1956(h),
1956(a)(1)(B)(i), and 1956(a)(1)(A)(i)
[Conspiracy to commit Money
Laundering]

That from in or about January 2005, the exact date unknown to the United States

Grand Jury, and continuously thereafter up to and including the date of the filing of this

First Superseding Indictment, in the Eastern District of Texas and elsewhere within the

jurisdiction of the Court,

**Jorge Villegas-Jaimes
Jesus Jaimes, Jr.
Mario Orozco-Silva
Miguel Solorzano-Gama
Clemente Valdez, Jr.
Rigo Rivera
Veronica Vasquez
Gumercindo Chavarria-Hernandez
Jorge Cruz, Jr.
Yamis Hinojosa
Roberto Renteria-Solorzano
Ana Lilia Reyes-Tovera
Jorge Fernandez-Olver
Alejandro Menchanca
Terrance Eugene Mills
Emilio Martinez-Gomez
Jose Armando Jaimez-Piza
Fernando Zuniga
Eric Cervantes-Duarte**

defendants herein, did knowingly and intentionally combine, conspire, confederate, and

agree together and with each other, and with others known and unknown to the Grand

Jury, to commit certain offenses against the United States, to-wit:

**FIRST SUPERSEDING INDICTMENT/NOTICE OF PENALTY - Page 11**

1. To knowingly conduct and cause to be conducted a financial transaction, the activities of which affect interstate and foreign commerce, with proceeds of a specified unlawful activity, that is, Conspiracy to Possess with Intent to Distribute a Controlled Substance, to-wit: methamphetamine and cocaine, as described in this First Superseding Indictment, knowing that the transaction was designed in whole or in part to conceal and disguise the nature, ownership, control, and source of the proceeds of the specified unlawful activity, and knowing that the property represented the proceeds of some form of unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and

2. To knowingly conduct and cause to be conducted a financial transaction, the activities of which affect interstate and foreign commerce, with proceeds of a specified unlawful activity, that is, Conspiracy to Possess with the Intent to Distribute a Controlled Substance, to-wit: methamphetamine and cocaine, as described in this First Superseding Indictment, with the intent to promote the carrying on of said specified unlawful activity, and knowing that the property involved represents the proceeds of some form of unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

## MANNER AND MEANS

1. It was a part of the conspiracy to transport to the Republic of Mexico from the United States, United States currency that was derived from the smuggling of methamphetamine and cocaine and the distribution of methamphetamine and cocaine in

the United States in order to promote the carrying on of the Conspiracy to Possess with the Intent to Distribute a Controlled Substance as described in the First Superseding Indictment;

2. It was further a part of the conspiracy to receive United States currency derived from the Conspiracy to Possess with the Intent to Distribute a Controlled Substance, to-wit: methamphetamine and cocaine, and launder the illegal proceeds to the Republic of Mexico for the purpose of paying for the methamphetamine and cocaine that this organization had received;

## OVERT ACTS

In furtherance of this conspiracy, and to effect and accomplish the objects of the conspiracy, one or more of the Defendants or conspirators, both indicted and unindicted, and other persons known and unknown to the Grand Jury, performed or caused the performance of certain overt acts in the Eastern District of Texas and elsewhere within the jurisdiction of this Court, including but not limited to the following:

1. From January 2005 to the present, the Defendant's listed above and others were workers and distributors for this Drug Trafficking Organization. These workers and distributors were responsible for meeting the source of supply for methamphetamine and cocaine, picking up the methamphetamine and cocaine, distributing the methamphetamine and cocaine, then collecting the illegal proceeds, preparing the illegal proceeds for the purpose of shipping, then shipping the illegal proceeds back to the Republic of Mexico.

**FIRST SUPERSEDING INDICTMENT/NOTICE OF PENALTY - Page 13**

2.     On or about August 4, 2009 Jesus Jaimes, Jr. was stopped on a routine traffic stop when it was discovered that he was transporting $24,000.00 in U.S. currency. A subsequent search of Jesus Jaimes, Jr.'s residence revealed 15 kilograms of cocaine and suspected drug ledgers.

3.     Jesus Jaimes, Jr. received this cocaine from the source of supply at Beltline and 183 in Irving, Texas. This cocaine was fronted to the Villegas Drug Trafficking Organization and that the illegal proceeds in the amount of $484,000.00 in U.S. currency from the previous shipment of 22 kilograms of cocaine was shipped back to the Republic of Mexico by Mario Orozco-Silva.

4.     Mario Orozco-Silva has been in the illegal narcotics business since 2008. A confidential source stated that Mario Orzoco-Silva used their residence to either unload a shipment of cocaine or load up a shipment of illegal proceeds to ship back to the Republic of Mexico.

5.     On or about August 20, 2009 Gumercindo Chavarria-Hernandez and Veronica Vasquez were stopped on a routine traffic stop and it was discovered that they were transporting $220,962.00 in United States currency which was the proceeds of the sale of controlled substances.

6.     On or about August 21, 2009 Robert Solorzano-Renteria and Ana Lilia Reyes-Tovera were arrested in possession of $123,245.00 in United States currency which was the proceeds of the sale of controlled substances.

7.     On or about August 21, 2009 Jorge Cruz and Yamis Hinojosa were arrested in possession of $27,571.00 in United States currency which was the proceeds of the sale of controlled substances.

8.     On or about August 21, 2009 Clemente Valdez was arrested in possession of $5,256.00 in United States currency which was the proceeds of the sale of controlled substances.

9.     On or about August 21, 2009 Jorge Fernandez-Olver was arrested in possession of $4,452.00 in United States currency which was the proceeds of the sale of controlled substances.

10.    On or about August 21, 2009 Rigo Rivera was arrested in possession of $2,850.00 in United States currency which was the proceeds of the sale of controlled substances.

All in violation of 18 U.S.C. §§ 1956(h), 1956(a)(1)(B)(i), and 1956(a)(1)(A)(i).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE
### Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d), 18 U.S.C. 982 and 21 U.S.C. § 853

As a result of committing the offenses charged in this First Superseding First Superseding Indictment, Defendants may have used or intended to use the following property to commit or facilitate the offenses and/or the following property was derived from proceeds obtained directly or indirectly as a result of the commission of the violations of 18 U.S.C. § 924(c), 18 U.S.C. § 1956 and 21 U.S.C. § 846 including but not limited to the following:

**FIRST SUPERSEDING INDICTMENT/NOTICE OF PENALTY - Page 15**

## REAL PROPERTY -

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 2203 Michigan, Dallas, Texas being the same property more fully described as follows:  Trinity Heights #2, BLK 27/3649 Lot 1;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 3419 Arizona, Dallas, Texas being the same property more fully described as follows:  Marsalis Club, Arizona & D P L RW;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 2646 Seevers, Dallas, Texas being the same property more fully described as follows: Broadmoor, BLK 14/4200 LT 12;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 4303 Eric, Grand Prairie, Texas being the same property more fully described as follows: Westchester Meadow PH 1B, Blk 8 LT 36 ACS 0.1590;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 2747 Llewellyn, Dallas, Texas being the same property more fully described as follows:  Wynnewood, Lot 11, Llewellyn & Bristol Dr;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at Ranch FM 933 and FM 2126;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 2506 Kleberg Rd., Seagoville, Texas being the same property more fully described as follows:  Herman Heider ABST 541 PG 510, TR 39.2 ACS 9.9020;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 4242 Lomo Alto, Suite N37, Dallas, Texas being the same property more fully described as follows:  Crestpark in Highland Park Condo, Crestpark Westpk LT 6A ACS 1.305, Unit N37 CE 0.40978235%;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 3201 Wren Ln., Midlothian, Texas being the

same property more fully described as follows:  125 Mockingbird Ests Ph III;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 2111 W. Clarendon, Dallas, Texas being the same property more fully described as follows:  Sunset Hill Rev, Blk 12/3450 Lots 34-37;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 2743 Seevers, Dallas, Texas being the same property more fully described as follows:  Blk 46/4206, Lt 23;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 2747 Seevers, Dallas, Texas being the same property more fully described as follows:  Broadmoor, Blk 45/4205 Lt 12;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 1006 Havenbrook, Arlington, Texas being the same property more fully described as follows:  Eden Road Estates, Blk 6 Lot 14;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 317 S. Montreal, Dallas, Texas being the same property more fully described as follows:  Sunset Hill, Blk 7/3452 Lot 17;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 1948 Pleasant, Dallas, Texas being the same property more fully described as follows:  Wheatview, Blk B/6312 Pt Lt 1, Less 31 sq ft.;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 1811 Cliffcreast, Duncanville, Texas being the same property more fully described as follows:  River Oaks, Blk V Lot 17;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 318 Blueberry, Duncanville, Texas being the same property more fully described as follows:  Fairmeadows 11, Blk L Lot 12;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 2423 Wynnewood, Dallas, Texas being the

same property more fully described as follows:  Wynnewood, Blk 13/5975 Lt 22;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 2203 Michigan, Dallas, Texas, Texas being the same property more fully described as follows:  Trinity Heights #2, Blk 27/3649  Lot 1.

## VEHICLES -

2008 Ford F-Series Truck, Texas license plate 89DNY7, VIN #1FTWW33R18EC81454;

2004 Ford F-Series Truck, Texas license plate 96XGK8, VIN #1FTWW33P84EB91713;

2008 Ford F-Series Truck, Texas license plate 89DNY7, VIN #1FTWW33R18EC81454;

2003 Ford Expedition, Texas license plate CLJ773, VIN #1FMEU15L03LA34294;

2006 Dodge 4-Door, Texas license plate MXC919, VIN #2B3KA43R96H414987;

2005 Chevy 4-Door, Texas license plate KVJ835, VIN #2C3JA63H85H631012;

2006 Lincoln Mark Lt., Texas license plate 9745BD, VIN #5LTPW18516FJ23330;

2003 Cadillac, Texas license plate 693VHR, VIN #1GYEC63T43R203120;

## FIREARMS -

Colt, AR-15 Style, .223 caliber machinegun, Having all markings obliterated;

Norinco, Model AK Style, 7.62x39 mm caliber machinegun, Serial Number 212508 having a 1974 proofmark, having all other markings obliterated;

Glock, Model 22, .40 caliber semi-automatic pistol, Serial Number 1M02733HP, manufactured in Austria and imported by Glock Inc. located in Smyrna, GA;

Colt, Model Colt Custom, .38 caliber semi-automatic pistol, Serial Number

ELCEN4326;

Rock Island Armory, Model Unknown, .45 caliber semi-automatic pistol, Serial Number RIA1011484, manufactured in the Philippines and imported by Armscor Precision located in Pahrump, NV;

D.P.M.S. Inc., Model A15, .223 caliber semi-automatic rifle, Serial Number 1423;

Rock Island Armory, Model Unknown, .38 caliber semi-automatic pistol, Serial Number RIA1058301, manufactured in the Philippines and imported by Armsco Precision located in Pahrump, NV;

Norinco, Model MAK-90 Sporter, 7.62 x 39mm caliber semi-automatic rifle, Serial Number 9456497, manufactured in China and imported by ACC Intl/Intrac located in Knoxville, TN;

Norinco, Model Sporter, 7.62x39mm caliber semi-automatic rifle, Serial Number 1404860, manufactured in China and imported by B-West located in Tucson, AZ;

Colt, Model AR-15 A2, .223 caliber semi-automatic rifle, Serial Number 6C015332;

HS Product ("Springfield Armory"), Model XD-9, 9mm caliber semi-automatic pistol, Serial Number US875245, manufactured in Croatia and imported by Springfield Inc. located in Geneseo, IL;

Ruger, New Model Super Blackhawk, .44 caliber revolver, Serial Number 85-07983;

Colt, Model Gold Cup Trophy Model, .45 caliber semi-automatic pistol, Serial Number GCT14914;

Sig Saur, Model P220, .45 caliber semi-automatic pistol, Serial Number G250612, manufactured in Germany and imported by Sigarms Inc. located in Exeter, NH;

CBC ("Mossberg"), Model 702, .22 caliber bolt-action rifle, Serial Number EHJ412496, manufactured in Brazil and imported by Mossberg Int., Inc. located in North Haven, CT

**CURRENCY** -

$5,256.00 seized from **Clemente Valdez**;

$50,960.00 seized from 1811 Cliffcrest, Duncanville, Texas;

$219,450.00 seized from **Gumercindo Chavarria-Hernandez** and **Veronica Vasquez**;

$1,512.00 seized from **Gumercindo Chavarria-Hernandez** and **Veronica Vasquez**;

$4,452.00 seized from **Jorge Fernandez-Olver**;

$123,245.00 seized from **Roberto Solorzano-Renteria** and **Ana Lilia Reyes-Tovera**;

$27,571.00 seized from **Jorge Cruz** and **Yamis Hinojosa**;

$2,850.00 seized from **Rigo Rivera**;

$287.00 seized from 1032 Fleetwood Cove, Grand Prairie, Texas;

$24,182.00 seized from **Jesus Jaimes, Jr.**

**CASH PROCEEDS** -

Approximately $8,000,000.00 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is proceeds obtained directly or indirectly as a result of the commission of the aforesaid violations.

**SUBSTITUTE ASSETS** -

If any of the above-described forfeitable property, as a result of any act or

omission of Defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

**FIRST SUPERSEDING INDICTMENT/NOTICE OF PENALTY - Page 20**

Case 4:09-cr-00142-ALM-CAN   Document 49   Filed 09/10/09   Page 21 of 24 PageID #:  54

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) to seek forfeiture of any other property of said Defendant(s) up to the value of the forfeitable property described above.

By virtue of the commission of the felony offenses charged in this First Superseding Indictment by defendants, any and all interest they have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to and 18 U.S.C. § 924(d), 18 U.S.C. § 982 and 21 U.S.C. § 853.

A TRUE BILL

_DMC_
FOREMAN OF THE GRAND JURY

JOHN M. BALES
United States Attorney

ERNEST GONZALEZ
Assistant United States Attorney

_9-10-09_
Date

**FIRST SUPERSEDING INDICTMENT/NOTICE OF PENALTY - Page 21**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| VS. | § | NO. 4:09CR142 |
| | § | Judge Schell |
| JORGE VILLEGAS-JAIMES (1) | § | |
| JESUS JAIMES, JR. (2) | § | |
| MARIO OROZCO-SILVA (3) | § | |
| MIGUEL SOLORZANO-GAMA (4) | § | |
| CLEMENTE VALDEZ, JR. (5) | § | |
| RIGO RIVERA (7) | § | |
| VERONICA VASQUEZ (8) | § | |
| GUMERCINDO CHAVARRIA- | § | |
| HERNANDEZ (9) | § | |
| JORGE CRUZ, JR. (10) | § | |
| YAMIS HINOJOSA (11) | § | |
| ROBERTO RENTERIA-SOLORZANO | § | |
| (12) | § | |
| ANA LILIA REYES-TOVERA (13) | § | |
| JORGE FERNANDEZ-OLVER (14) | § | |
| a.k.a. "Javier Alfonso Fernandez-Olver | § | |
| ALEJANDRO MENCHANCA (15) | § | |
| TERRANCE EUGENE MILLS (16) | § | |
| EMILIO MARTINEZ-GOMEZ (17) | § | |
| JOSE ARMANDO JAIMEZ-PIZA (18) | § | |
| FERNANDO ZUNIGA (19) | § | |
| ERIC CERVANTES-DUARTE (20) | § | |

## **NOTICE OF PENALTY**

### **COUNT ONE**

Violation:     21 U.S.C. § 846

Penalty:     If 5 kilograms or more of a mixture or substance containing a detectable
amount of cocaine – not less than 10 years and not more than life

**FIRST SUPERSEDING INDICTMENT/NOTICE OF PENALTY - Page 22**

imprisonment, a fine not to exceed $4 million, or both; supervised release of at least five (5) years;

If 500 grams or more but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine – not less than five (5) and not more than 40 years imprisonment, a fine not to exceed $2 million, or both; supervised release of at least four (4) years;

If less than 500 grams of a mixture or substance containing a detectable amount of cocaine – not more than 20 years imprisonment, a fine not to exceed $1 million, or both; supervised release of at least three (3) years.

Special Assessment:     $100.00

## COUNT TWO

Violation:     21 U.S.C. § 846

Penalty:     If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or if 50 grams or more of Methamphetamine (actual) -- not less than10 years and not more that life imprisonment, a fine not to exceed $4 million, or both; supervised release of at least five (5) years;

If 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine or if 5 grams or more of Methamphetamine (actual) -- not less than five (5) and not more than 40 years imprisonment, a fine not to exceed $2 million, or both; supervised release of at least four (4) years;

If less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine or if less than 5 grams of Methamphetamine (actual) -- not more than 20 years imprisonment, a fine not to exceed $1 million, or both; supervised release of at least three (3) years.

Special Assessment:  $100.00

## COUNTS THREE - SEVEN

Violation:     18 U.S.C. § 924(c)

Penalty:     Imprisonment for not less than five (5) years nor more than life.

**FIRST SUPERSEDING INDICTMENT/NOTICE OF PENALTY - Page 23**

If the firearm possessed by a person convicted of a violation of this subsection is a machine gun, the person shall be sentenced to a term of imprisonment of not less than thirty (30) years nor more than life

In the case of a second or subsequent conviction under this subsection, if the firearm involved is a machine gun, the person shall be sentenced to imprisonment for life.

A fine not to exceed $250,000, or both imprisonment and a fine.
A term of supervised release of not more than five (5) years, unless the person is sentenced to imprisonment for life.

Special Assessment:  $100.00

## COUNTS EIGHT - FIFTEEN

Violation:     18 U.S.C. § 924(c)

Penalty:      Imprisonment for not less than 5 years and not more than life; a fine not to exceed $250,000, or both.  A term of supervised release of not more than (5) years.

Special Assessment:  $100.00

## COUNT SIXTEEN

Violation:       Title 18, United States Code 1956(h), 1956(a)(1)(B)(I) and 1956 (a)(1)(A)(I)

Penalty:         Imprisonment for not more than twenty (20) years, a fine not to exceed $500,000.00 or twice the value of the property involved in the transaction, whichever is greater, or both.  A term of supervised release of at least three (3) years.

Special Assessment:       $100.00