IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 28 2009

DAVID J. MALAND, CLERK
BY
DEPUTY_____

UNITED STATES OF AMERICA

V.     Criminal No: 4:09 cr 142 (8)

Veronica Vasquez

### RECEIPT FOR PASSPORT

Received this date from DEFENDANT

United States passport #: P 457907213

pursuant to Order Setting Conditions of Release by U.S. Magistrate Judge Bush.

Date: August 25, 2009

Sherman, Texas.

DAVID J. MALAND, CLERK

_____
Deputy Clerk