IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:09CR142 |
| | § | Judge Schell |
| VERONICA VASQUEZ (8) | § | |

### NOTICE OF PLEA AGREEMENT

The United States of America, by and through its United States Attorney, would show the Court that the Defendant, **Veronica Vasquez**, and the Government have entered into a plea in relation to the charges now pending before this Court.

          Respectfully submitted,

          JOHN M. BALES
          United States Attorney

          ___/s/_____
          ERNEST GONZALEZ
          Assistant United States Attorney
          Texas Bar No. 00789318
          101 E. Park Blvd., Suite 500
          Plano, Texas 75074
          (972) 509-1201
          (972) 509-1209 (fax)
          Ernest.Gonzalez@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on this the 10th day of January, 2011.

          _____/s/_____
          Ernest Gonzalez