ORIGINAL
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JAN 13 2011
BY DAVID J. MALAND, CLERK
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:09CR142 |
| | § | (Judge Schell) |
| VERONICA VASQUEZ (8) | § | |

## STATEMENT OF FACTS IN SUPPORT OF PLEA AGREEMENT

The defendant, **Veronica Vasquez**, hereby stipulates and agrees that at all times relevant to the Second Superseding Indictment herein, the following facts were true:

1. That the defendant **Veronica Vasquez**, who is changing her plea to guilty, is the same person charged in the Second Superseding Indictment.

2. That the events described in the Second Superseding Indictment occurred in the Eastern District of Texas and elsewhere.

3. That **Veronica Vasquez** and one or more persons in some way or manner made an agreement to commit the crime charged in Count One of the Second Superseding Indictment, to knowingly and intentionally possess with the intent to distribute and dispense at least 15 kilograms but less than 50 kilograms of Cocaine.

4. That **Veronica Vasquez** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

5. That **Veronica Vasquez** knew that the amount involved during the term of the conspiracy involved at least 15 kilograms but less than 50 kilograms of Cocaine.

6. **Veronica Vasquez'** role in this conspiracy was to help transport multi-kilogram quantities of cocaine from a source of supply from Mexico to Dallas for distribution in the Northern and Eastern Districts of Texas.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7. I have read this Statement of Facts and the Second Superseding Indictment and have discussed them with my attorney. I fully understand the contents of this Statement of Facts and agree without reservation that it accurately describes the events and my acts.

Dated: 1-13-11

_____
VERONICA VASQUEZ
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

8. I have read this Statement of Facts and the Second Superseding Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Statement of Facts and the Second Superseding Indictment.

Dated: 1/13/11

_____
DERK WADAS
Attorney for the Defendant